LAWRENCE BREWSTER, Regional Solicitor
MARY K. ALEJANDRO, Deputy Regional Solicitor
California State Bar Number 243568
DANIELLE JABERG, Counsel for ERISA
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7760
Facsimile: (415) 625-7772
Email: alejandro.mary@dol.gov

Attorneys for Plaintiff, Hilda L. Solis,
Secretary of Labor, United
States Department of Labor

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — James Ware — Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>vs.<br><br>VIGILANCE, INC., a forfeited foreign corporation, and VIGILANCE, INC., 401(k) PLAN, an employee benefit plan,<br><br>Defendants. | Case No. CV 08-5083 JW (PVT)<br><br>SECRETARY'S EX PARTE APPLICATION TO RESET INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

COMES NOW, Plantiff Hilda L. Solis, the Secretary of Labor, United States Department of Labor, and pursuant to Rules 6(b) and 7(b) of the Fed. R. Civ. P., respectfully files this Ex Parte Application to Reset the Initial Case Management Conference and ADR Deadlines established by the November 7, 2008, Order. As grounds for this Application, Plaintiff states the following:

1. The Plaintiff filed her Complaint in this case on November 7, 2008. On December 9, 2008, the Plaintiff filed an Ex Parte Application for Order to Serve Process on the California Secretary of State.

*Solis v. Vigilance, Inc., et al.*, Case No. CV 08-5083 JW (PVT)
Secretary's Ex Parte Application To Reset Initial Case
Management Conference and ADR Deadlines

1

2. On December 30, 2008, the Court granted the Plaintiff's Application, and on January 6, 2009, the Plaintiff served a Summons and Complaint on the California Secretary of State on behalf of each Defendant.

3. No Defendant has filed an Answer in this matter, and the parties have not been in communication since the Complaint was filed.

4. On February 18, 2009, the Plaintiff filed a Request for Entry of Default by the Clerk against Defendants. The Clerk of the Court has not yet acted on this Request.

5. The Plaintiff intends to file a Motion for Default Judgment with this Court upon the Clerk's Entry of Default.

6. By Order issued on November 7, 2008, the Court established a deadline of May 11, 2009, for the filing of ADR-related documents and May 22, 2009, for the filing of the Rule 26(f) report, completion of initial disclosures, and filing of the Case Management Statement. In the same Order, June 1, 2009, was also set as the date for the Initial Case Management Conference.

7. The establishment of these deadlines presupposes that the Defendants have filed their Answers to the Complaint and that Plaintiff and Defendants have had sufficient time to engage in discussions, conduct a Rule 26(f) conference, discuss ADR options, and prepare the required Rule 26(f) Report and Joint Case Management Statement.

8. As the Defendants have not answered or otherwise appeared in this action, and given that Plaintiff's Request for Entry of Default is currently pending before the Clerk of this Court, the Plaintiff respectfully requests this Court reset the earliest Case Schedule dates to November 2009, or anytime thereafter.

*Solis v. Vigilance, Inc., et al.*, Case No. CV 08-5083 JW (PVT)
Secretary's Ex Parte Application To Reset Initial Case Management Conference and ADR Deadlines

2

WHEREFORE, Plaintiff respectfully requests the Court reset the earliest Case Schedule dates to November 2009, or thereafter.

Respectfully submitted,

CAROL A. DE DEO
Deputy Solicitor of Labor for
National Operations

LAWRENCE BREWSTER
Regional Solicitor

DANIELLE JABERG
Counsel for ERISA

By: /s/ Mary K. Alejandro
MARY K. ALEJANDRO
Deputy Regional Solicitor
(415) 625-7760

Attorneys for the Plaintiff

***** ORDER *****

In light of Plaintiff's representation, the Court VACATES all ADR deadlines and continues the Case Management Conference currently set for June 1, 2009 to **September 21, 2009 at 10 a.m.**

Dated: April 28, 2009

JAMES WARE
United States District Judge

*Solis v. Vigilance, Inc., et al.*, Case No. CV 08-5083 JW (PVT)
Secretary's Ex Parte Application To Reset Initial Case
Management Conference and ADR Deadlines

3