**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hilda L. Solis, | NO. C 08-05083 JW |
|       Plaintiff, <br>   v. <br> Vigilance, Inc., et al., <br>       Defendants. | **ORDER SCHEDULING HEARING ON MOTION FOR DEFAULT JUDGMENT; REQUIRING PROOF OF SERVICE; ORDERING THE CLERK OF COURT TO RENAME FILE** |

On May 1, 2009, the Clerk of Court entered default as to Defendants and Plaintiff filed a Motion for Default Judgment. (See Docket Item Nos. 12, 13.) As a preliminary matter, at the time this case was file, Honorable Elaine Chao was the Secretary of Labor. Honorable Hilda Solis is now the Secretary of Labor. The Court, *sua sponte*, orders the Clerk of Court to rename the file of this case.

Plaintiff did not notice a hearing date for its Motion for Default Judgment. It is the Court's practice to conduct hearing on these matters. Accordingly, the Court ORDERS as follows:

(1) Plaintiff shall serve Defendants pursuant to the Court's December 30, 2008 Order on or **May 22, 2009;**

(2) Any Opposition shall be filed and served on or before **June 5, 2009**;

(3) To the extent necessary, any Reply shall be filed and served on or before **June 10, 2009**;

(4) A hearing on Plaintiff's Motion for Default Judgment is set for **June 22, 2009 at 9 a.m.**

Plaintiff shall serve Defendants this Order and file the appropriate certificate of service on or before **May 22, 2009.**

Dated: May 18, 2009

                        JAMES WARE
                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Danielle Lee Jaberg jaberg.danielle@dol.gov
Lawrence Brewster brewster.lawrence@dol.gov
Mary Katherine Alejandro alejandro.mary@dol.gov

**Dated: May 18, 2009**                     **Richard W. Wieking, Clerk**

                                            **By:    /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28