LAWRENCE BREWSTER, Regional Solicitor
MARY K. ALEJANDRO, Deputy Regional Solicitor
California State Bar Number 243568
DANIELLE JABERG, Counsel for ERISA
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7760
Facsimile: (415) 625-7772
Email: alejandro.mary@dol.gov

Attorneys for Plaintiff, Secretary of
Labor, United States Department of Labor

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, the United States Department of Labor,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>VIGILANCE, INC., a forfeited foreign corporation, and VIGILANCE, INC., 401(k) PLAN, an employee benefit plan,<br><br>　　　　Defendants. | Case No. CV 08-5083-JW (PVT)<br><br>SECRETARY'S RESPONSE TO THE COURT'S JULY 9, 2009, JUDGMENT<br><br>**ORDER VACATING HEARING** |

By Judgment dated July 9, 2009, this Court appointed Saakvitne Law Corporation as Independent Fiduciary of the Vigilance, Inc., 401(k) Plan. The Court also ordered the Independent Fiduciary to take various actions consistent with the termination of the Plan and file a Statement with the Court on or before December 4, 2009, apprising the Court of the status of the Plan's termination.

*Secretary v. Vigilance, Inc., et al.*, Case No. CV 08-5083-JW (PVT)
 Secretary's Response to July 9, 2009, Judgment

1

1  In compliance with the July 9, 2009, Judgment, the Plaintiff, Secretary of Labor,
2  United States Department of Labor, files the attached Statement of the Independent
3  Fiduciary apprising the Court that the Vigilance, Inc., 401(k) Plan has been terminated.

Dated:  December 2, 2009

          DEBORAH GREENFIELD
          Acting Deputy Solicitor of Labor

          LAWRENCE BREWSTER
          Regional Solicitor

          DANIELLE JABERG
          Counsel for ERISA

By:  /s/ Mary K. Alejandro
     MARY K. ALEJANDRO
     Deputy Regional Solicitor
     (415) 625-7760

     Attorneys for the Plaintiff

**\*\*\* ORDER \*\*\***

In light of the Plaintiff's representation and the Independent Fiduciary's report that Vigilance, Inc., 401(k) has been terminated, the Court VACATES the December 14, 2009 hearing on an order to show cause why additional time is needed to terminate the plan.

Dated:  December 7, 2009

          _____
          JAMES WARE
          United States District Judge